JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE HANDLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SEAN MOORE,<br><br>　　　　Respondent. | Case No. 8:22-cv-01423-MCS-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting in Part and Rejecting in Part Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: January 16, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE